UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-91-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL INFORMATION |
| | ) Fed. R. Crim. P. 7 |
| RODNEY ALLEN DENTON | ) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(material false statements)

On or about October 16, 2008, in the Eastern District of North Carolina, defendant herein, RODNEY ALLEN DENTON, in a matter within the jurisdiction of the Internal Revenue Service, an agency within the United States Department of Treasury, a department of the executive branch of the government of the United States, and in a matter within the jurisdiction of the Office of the Inspector General for the United States Department of Agriculture, a department of the executive branch of the government of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations; that is, RODNEY ALLEN DENTON gave false information to law enforcement officers in connection with an on-going federal investigation, all in violation of Title 18, United States Code, Section 1001.

## COUNT TWO
*(material false statements)*

On or about February 12, 2009, in the Eastern District of North Carolina, defendant herein, RODNEY ALLEN DENTON, in a matter within the jurisdiction of the Internal Revenue Service, an agency within the United States Department of Treasury, a department of the executive branch of the government of the United States, and in a matter within the jurisdiction of the Office of the Inspector General for the United States Department of Agriculture, a department of the executive branch of the government of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations; that is, RODNEY ALLEN DENTON gave false information to law enforcement officers in connection with an on-going federal investigation, all in violation of Title 18, United States Code, Section 1001.

George E. B. Holding
United States Attorney

*[signature]*

BY: BANUMATHI RANGARAJAN
Assistant United States Attorney
Criminal Division